Fill in this information to identify the case:

Debtor 1    Carlos Rafael Demora

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern    District of    Alabama
                                                                            (State)

Case number    14-04011-TOM13

## Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

Name of creditor:    BSI Financial Services

Court claim no. (if known):    5-1

Last 4 digits of any number you use to identify the debtor's account:    0  0  6  3

Property address:    404 Laurel Woods Trail
                                 Number    Street

                                 Helena              AL          35080
                                 City                  State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
                                                                                        MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    21 payments at $952.76 - 07/01/2017-03/01/2019    (a) $ 20,007.96

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c.  **Total.** Add lines a and b.    (c) $ 20,007.96

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07/01/2017
                                                                        MM / DD / YYYY

Funds in suspense    - 885.09

Total due    $19,122.87

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✘ s/Mark A. Baker | | | Date | 03/01 / 2019 |
|---|---|---|---|---|---|
| | Signature | | | | |

| Print | Mark | A. | Baker | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McMichael Taylor Gray, LLC |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 3550 Engineering Drive, Suite 260 | | |
|---|---|---|---|
| | Number | Street | |
| | Peachtree Corners | GA | 30092 |
| | City | State | ZIP Code |

| Contact phone | ( 404 ) 474 – 7149 | Email | mbaker@mtglaw.com |
|---|---|---|---|

**BSI Financial Services**

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | DeMora |
| BK Case # | 14-04011 |
| Date Filed | 10/13/2014 |
| First Post Petition | |
| Due Date | 11/1/2014 |
| POC Covers | 12/?/13-10/1/14 |

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 11/1/2014 | $881.05 | $168.32 | $1,049.37 | NOPC |
| 7/1/2015 | $881.05 | $186.35 | $1,067.40 | Filed w/POC |
| 8/1/2016 | $881.05 | $205.44 | $1,086.49 | NOPC |
| 3/1/2017 | $881.05 | $251.74 | $1,132.79 | NOPC |
| 5/1/2017 | $881.05 | $243.72 | $1,124.77 | NOPC |
| 1/1/2018 | $881.05 | $71.71 | $952.76 | NOPC |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Suspense Credit | Suspense Debit | Over/Short | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Missing Prior Service's Payment History from 10/13/14-10/4/16** | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 11/5/2016 | $1,067.40 | | | | $1,067.40 | | $1,067.40 | $1,067.40 | | $1,067.40 | $0.00 | $0.00 | |
| 11/29/2016 | | Trustee Payment | 11/1/2015 | $1,086.49 | | $790.18 | -$790.18 | $277.22 | $134.68 | | $134.68 | $134.68 | |
| 12/1/2016 | $296.31 | Trustee Payment | 12/1/2015 | $1,086.49 | $519.09 | | $519.09 | $258.13 | | | $134.68 | $134.68 | |
| 12/13/2016 | $1,067.40 | PRE Petition Applied | 2/1/2016 | | | $519.09 | $0.00 | $258.13 | | | $134.68 | $134.68 | |
| 12/31/2016 | | Trustee Payment | 3/1/2016 | $1,086.49 | $519.09 | | $519.09 | $539.04 | $134.68 | | $269.36 | $269.36 | |
| 2/9/2017 | $296.31 | | | | $296.31 | | -$519.09 | $535.35 | | | $269.36 | $269.36 | |
| 2/10/2017 | | Trustee Payment | 3/1/2016 | | | | $0.00 | $535.35 | | | $269.36 | $269.36 | |
| 2/27/2017 | $296.31 | | 4/1/2016 | | $296.31 | | $296.31 | $831.66 | $134.68 | | $404.06 | $404.06 | |
| 3/10/2017 | $296.31 | Trustee Payment | | | | $519.09 | -$519.09 | $812.57 | | | $404.06 | $404.06 | |
| 3/27/2017 | $296.31 | Trustee Payment | 4/1/2016 | | | | $0.00 | $812.57 | | | $404.06 | $404.06 | |
| 4/4/2017 | $1,067.40 | | 5/1/2016 | $1,132.79 | $296.31 | | $296.31 | $1,108.88 | $134.70 | | $663.34 | $663.34 | |
| 4/28/2017 | $1,067.40 | Trustee Payment | 5/1/2016 | $1,132.79 | | $65.39 | -$65.39 | $1,043.49 | | | $663.34 | $663.34 | |
| 6/23/2017 | $1,067.40 | Trustee Payment | 6/1/2016 | $1,067.40 | | | $0.00 | $1,043.49 | $330.21 | | $533.13 | $734.27 | |
| 7/19/2017 | $1,067.40 | Trustee Payment | 7/1/2016 | | | $65.39 | -$65.39 | $978.10 | | | $533.13 | $734.27 | |
| 7/19/2017 | $1,067.40 | Trustee Payment | 7/1/2016 | | | | $0.00 | $920.73 | $454.81 | | $121.68 | $1,189.08 | |
| 9/14/2017 | | Trustee Payment | 7/1/2016 | | | $57.37 | $0.00 | $920.73 | | | $121.68 | $1,189.08 | |
| 9/26/2017 | $1,067.40 | Trustee Payment | 8/1/2016 | | | | $0.00 | $920.73 | $125.00 | | $286.68 | $1,189.08 | |
| 10/20/2017 | | Trustee Payment | 9/1/2016 | | | | $0.00 | $920.73 | $125.00 | | $371.68 | $1,564.08 | |
| 11/14/2017 | $1,067.40 | Trustee Payment | 10/1/2016 | | | | $0.00 | $920.73 | $125.00 | | $496.68 | $1,564.08 | |
| 12/12/2017 | $1,067.40 | Trustee Payment | 11/1/2016 | | | | $0.00 | $863.36 | | | $621.68 | $1,689.08 | |
| 12/28/2017 | | Trustee Payment | 12/1/2016 | | | $57.37 | -$57.37 | $863.36 | | | $621.68 | $1,689.08 | |
| 1/18/2018 | $1,067.40 | Trustee Payment | 12/1/2016 | | $114.64 | | $114.64 | $978.00 | $125.00 | | $621.68 | $1,689.08 | |
| 1/19/2018 | $1,067.40 | Trustee Payment | 1/1/2017 | | | | $0.00 | $978.00 | | | $746.68 | $1,814.08 | |
| 2/26/2018 | | PRE Petition Applied | 2/1/2017 | $952.76 | $114.64 | | $114.64 | $1,092.64 | $125.00 | | $746.68 | $1,814.08 | |
| 4/6/2018 | $1,067.40 | Trustee Payment | 2/1/2017 | | $114.64 | | $114.64 | $1,207.28 | | | $746.68 | $1,814.08 | |
| 4/16/2018 | $1,067.40 | Trustee Payment | 3/1/2017 | $952.76 | | | $0.00 | $1,207.28 | $250.00 | | $746.68 | $1,814.08 | |
| 5/1/2018 | | Trustee Payment | 3/1/2017 | | $114.64 | | $114.64 | $1,207.28 | | | $996.68 | $2,064.08 | |
| 5/14/2018 | $1,067.40 | Trustee Payment | 4/1/2017 | | | | $0.00 | $1,207.28 | | | $996.68 | $2,064.08 | |
| 6/12/2018 | | Trustee Payment | 4/1/2017 | | $114.64 | | $114.64 | $1,551.20 | $125.00 | | $1,121.68 | $2,189.08 | |
| 6/20/2018 | $1,067.40 | Trustee Payment | 5/1/2017 | $952.76 | | | $0.00 | $1,551.20 | | | $1,246.68 | $2,189.08 | |
| 7/17/2018 | | PRE Petition Applied | 6/1/2017 | | | $114.64 | | $1,321.92 | $125.00 | | $1,246.68 | $2,314.08 | |
| 8/14/2018 | $1,067.40 | Trustee Payment | 7/1/2017 | | $114.64 | | $114.64 | $1,321.92 | | | $1,371.68 | $2,314.08 | |
| 8/14/2018 | | Trustee Payment | 8/1/2017 | | | | $0.00 | $1,321.92 | $125.00 | $1,067.40 | $1,371.68 | $2,439.08 | |
| 9/18/2018 | $1,067.40 | Trustee Payment | 9/1/2017 | $952.76 | | | $0.00 | $1,436.56 | | | $1,496.68 | $2,564.08 | |
| 9/18/2018 | | Trustee Payment | 10/1/2017 | | $114.64 | | $114.64 | $1,551.20 | $125.00 | | $429.28 | $2,564.08 | |
| 10/15/2018 | $1,067.40 | Trustee Payment | 11/1/2017 | | | | $0.00 | $1,551.20 | | | $429.28 | $2,564.08 | |
| 10/17/2018 | | Trustee Payment | | | | | $0.00 | $1,551.20 | $125.00 | | $554.28 | $2,689.08 | |
| 11/13/2018 | $1,067.40 | Trustee Payment | | $952.76 | $114.64 | | $114.64 | $1,665.84 | | | $554.28 | $2,689.08 | |
| 11/26/2018 | | PRE Petition Applied | | | | | $0.00 | $1,665.84 | $125.00 | | $679.28 | $2,814.08 | |
| 12/19/2018 | | | | | | | $0.00 | $1,665.84 | | | $804.28 | $2,939.08 | |
| 1/8/2019 | $1,124.77 | | 5/1/2017 | $952.76 | $172.01 | | $172.01 | $5,885.09 | $5,180.93 | | $804.28 | $2,939.08 | |
| 2/12/2019 | | Trustee Payment | 6/1/2017 | | | $952.76 | $0.00 | $5,885.09 | $5477.58 | $952.76 | $746.23 | $8,597.59 | |

| | | | |
|---|---|---|---|
| $8,597.59 | $746.23 | | |
| $8,597.59 | $746.23 | | |
| $8,597.59 | $746.23 | | |
| ... (repeated) | ... | | |

(Column values repeated down each column: $8,597.59; $746.23; $885.09; $0.00)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:


**Via U.S. Mail**
Carlos Rafael Demora
404 Laurel Woods Trace
Helena, AL 35080


**Via electronic service:**
C Taylor Crockett
2067 Columbiana Road
Birmingham, AL 35216

Bradford W. Caraway
Chapter 13 Standing Trustee
PO Box 10848
Birmingham, AL 35202-0848


s/ Mark A. Baker __
Mark A. Baker
AASB 2459-E57M
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
mbaker@mtglaw.com